**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **2018 Blue Island LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Blue Station |
| 3. | Debtor's federal Employer Identification Number (EIN) | 3  6 – 4  8  9  3  2  7  5 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2130 W. 122nd Street**<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| **Blue Island**          **IL**    **60406**<br>City          State    ZIP Code | <br>City          State    ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business** |
| | **See attached Schedule**<br>Number    Street |
| | <br>City          State    ZIP Code |

5. Debtor's website (URL)          _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **2018 Blue Island LLC**                                    Case number (if known) _____

| 7. | Describe debtor's business | |
|---|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

___  ___  ___  ___

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **2018 Blue Island LLC** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  **See attached Schedule** _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor  **2018 Blue Island LLC** _____    Case number (if known) _____

| | |
|---|---|
| | **Statistical and adminstrative information** |

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __12/15/2020__
                 MM / DD / YYYY

X  _Andrew Belew_____
Signature of authorized representative of debtor

**Andrew Belew**
Printed name

**President, Better Housing Foundation, Inc., as Manager**
Title

Debtor  **2018 Blue Island LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** _____ | Date  12/15/2020 |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Kevin H. Morse** _____
Printed name

**Clark Hill PLC** _____
Firm name

**130 E. Randolph St., Suite 3900** _____
Number      Street

_____

| | | |
|---|---|---|
| **Chicago** _____ | **IL** | **60601** _____ |
| City | State | ZIP Code |

| | |
|---|---|
| **(312) 985-5556** _____ | **kmorse@clarkhill.com** _____ |
| Contact phone | Email address |
| **06297244** _____ | **IL** _____ |
| Bar number | State |

# EXHIBIT A

## LIST OF PROPERTIES

| Address | PIN |
|---|---|
| 12126 Vincennes Ave., Blue Island, IL | 25-30-125-030-0000 |
| 12105 Vincennes Ave., Blue Island, IL | 25-30-126-007-0000 |
| 12113 Vincennes Ave., Blue Island, IL | 25-30-126-008-0000 |
| 12109 Vincennes Ave., Blue Island, IL | 25-30-126-009-0000 |
| 12131 Vincennes Ave., Blue Island, IL | 25-30-126-010-0000 |
| 12139 Vincennes Ave., Blue Island, IL | 25-30-126-011-0000 |
| 12147 Vincennes Ave., Blue Island, IL | 25-30-126-012-0000 |
| 12159 Vincennes Ave., Blue Island, IL | 25-30-126-013-0000 |
| 12150 Vincennes Ave., Blue Island, IL | 25-30-130-007-0000, 25-30-130-008-0000, 25-30-130-009-0000, 25-30-130-010-0000, 25-30-130-011-0000, 25-30-130-012-0000, 25-30-130-014-0000 |
| 2130 122nd St., Blue Island, IL | 25-30-130-013-0000 |
| 12203 Vincennes Ave., Blue Island, IL | 25-30-135-001-0000 |
| 12211 Vincennes Ave., Blue Island, IL | 25-30-135-002-0000 |
| 12219 Vincennes Ave., Blue Island, IL | 25-30-135-003-0000 |
| 2101 122nd St., Blue Island, IL | 25-30-135-004-0000 |
| 12230 Washington St., Blue Island, IL | 25-30-135-010-0000 |
| 12231 Washington St., Blue Island, IL | 25-30-135-011-0000 |
| 12236 Washington St., Blue Island, IL | 25-30-135-012-0000 |
| 12237 Washington St., Blue Island, IL | 25-30-135-013-0000 |
| 12244 Washington St., Blue Island, IL | 25-30-135-014-0000 |
| 12243 Washington St., Blue Island, IL | 25-30-135-015-0000 |
| 12250 Washington St., Blue Island, IL | 25-30-135-016-0000 |
| 12240 Washington St., Blue Island, IL | 25-30-135-017-0000 |
| 12261 Vincennes Ave., Blue Island, IL | 25-30-135-018-0000 |
| 12256 Washington St., Blue Island, IL | 25-30-135-019-0000 |
| 12260 Washington St., Blue Island, IL | 25-30-135-020-0000 |
| 12255 Washington St., Blue Island, IL | 25-30-135-021-0000 |
| 12259 Washington St., Blue Island, IL | 25-30-135-022-0000 |

In Re: 2018 Blue Island LLC

Voluntary Petition Item #10 – Pending, related cases

| Date Filed | Case No. | Case Name |
| --- | --- | --- |
| 1/31/2020 | 20-02834 | Lindran Properties LLC |
| 6/15/2020 | 20-12453 | BHF Chicago Housing Group B LLC |
| 9/1/2020 | 20-16567 | BHF Chicago Housing Group C LLC |
| 10/7/2020 | 20-18377 | 2017 IAVF Windy City Fox Run LLC |
| 10/7/2020 | 20-18379 | 2017 IAVF Windy City Parkside LLC |
| 10/7/2020 | 20-18380 | 2017 IAVF Windy City Shaddle LLC |
| 10/7/2020 | 20-18381 | 2017 IAVF Windy City Villa Brook LLC |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name      **2018 Blue Island LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule  _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/15/2020          X  *Andrew Belew*
　　　　　　　MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Andrew Belew**
Printed name

**President, Better Housing Foundation, Inc., as Manager**
Position or relationship to debtor

| **Fill in this information to identify the case:** |
| --- |
| Debtor name   **2018 Blue Island LLC** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  UMB Bank, N.A., as Successor Trustee c/o Michael Slade 120 6th Street, Suite 1400 Minneapolis, MN 55402- | | | | 25,025,000.00 | 15,088,000.00 | $9,937,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **2018 Blue Island LLC**                                      CASE NO

                                                                       CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  _12/15/2020_____          Signature  _Andrew Belew_____
                                                        **Andrew Belew**
                                                        **President, Better Housing Foundation, Inc., as Manager**


Date  _____          Signature  _____

Abbott Industries Inc
225 William Street
Bensenville, IL 60106


ABC Climate Control Inc DBA Gorilla Cage
14305 S Mckinley Ave
Posen, IL 60469


Abdullah, Aquella
12231 S Washington
M - 06
Blue Island, IL 60406


ABF Facility Services LLC
12236 Washington Ave
Unit 1
Blue Island, IL 60406


Adewale-Guy, Damilola
12211 S. Vincennes
I - 19
Blue Island, IL 60406


Advance Refrigeration Co
1177 Industrial Drive
Bensenville, IL 60106


Alarm Detection Systems Inc
1111 Church Road
Aurora, IL 60505-1905


Aldridge, Latasha
12219 S. Vincennes
J - 06
Blue Island, IL 60406


Alex, Derrick
12159 S. Vincennes
G - 23
Blue Island, IL 60406

Alexander, Anthonia
12250 Washington Ave
S - 03
Blue Island, IL 60406


Alexander, David
12225 S. Vincennes
K - 08
Blue Island, IL 60406


Alfaro, Diane
12121 S Vincennes
B - 07
Blue Island, IL 60406


Alford, Tanisha
12140 S. Vincennes
E - 13
Blue Island, IL 60406


Allen, Melonie
12244 Washington Ave
Q - 04
Blue Island, IL 60406


Allen, Sammy
12113 S Vincennes
A - 03
Blue Island, IL 60406


Allen, Shymia
12225 S. Vincennes
K - 17
Blue Island, IL 60406


Anderson, Frankie
12140 S. Vincennes
E - 19
Blue Island, IL 60406


Anderson, Mia
12244 Washington Ave
Q - 06
Blue Island, IL 60406

Anderson, Mildred
12219 S. Vincennes
J - 05
Blue Island, IL 60406


Anderson, Quenton
12159 S. Vincennes
G - 07
Blue Island, IL 60406


Answer Advantage
131 N Glendale St
Wichita, KS 60060


Apartments LLC
2563 Collection Center Dr.
Chicago, IL 60693-0025


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693


Arizona Office Technologies
4320 E Cotton Center Blvd
Phoenix, AZ 85040


Ascent Multifamily Accounting LLC
6655 S Eastern Ave Ste 200
Las Vegas, NV 89119


Askew Sr, Ronald
12225 S. Vincennes
K - 10
Blue Island, IL 60406


Atkinson, Mack
12147 S. Vincennes
F - 14
Blue Island, IL 60406

Austin, Alma
12211 S. Vincennes
I - 04
Blue Island, IL 60406


Banks, Faizonn
12131 S Vincennes
C - 10
Blue Island, IL 60406


Barlow, Jermel
12225 S. Vincennes
K - 03
Blue Island, IL 60406


Barren, Shawn
12159 S. Vincennes
G - 15
Blue Island, IL 60406


Beans, LaKeisha
12131 S Vincennes
C - 13
Blue Island, IL 60406


Beard, Tanaya
12230 S. Washington
L - 06
Blue Island, IL 60406


Beard, Troyce
12230 S. Washington
L - 06
Blue Island, IL 60406


Berry, Desma
12140 S. Vincennes
E - 20
Blue Island, IL 60406


BG Staffing
Office - Contract Staffing
PO Box 660282
Dallas, TX 75266

```
Blackful, MyKayla
12259 Washington Ave
V - 05
Blue Island, IL 60406


Blankenship, Dynecia
12211 S. Vincennes
I - 21
Blue Island, IL 60406


Blossom, Joshua
12219 S. Vincennes
J - 07
Blue Island, IL 60406


Booker, Jamarrio
12105 S. Vincennes
B3 - 12
Blue Island, IL 60406


Bouyer, Jasmine
12203 S. Vincennes
H - 18
Blue Island, IL 60406


Bowman, Wilbur
12159 S. Vincennes
G - 01
Blue Island, IL 60406


Bradley, Anthony
12211 S. Vincennes
I - 11
Blue Island, IL 60406


Brewer, Christina
12105 S. Vincennes
B3 - 16
Blue Island, IL 60406


Brittman, Felecia
12256 S Washington Ave
U - 01
Blue Island, IL 60406
```

Brittman, Loretta
12140 S. Vincennes
E - 08
Blue Island, IL 60406


Brooks, Desmund
12219 S. Vincennes
J - 23
Blue Island, IL 60406


Brown, Donzetta
12236 Washington Ave
N - 02
Blue Island, IL 60406


Brown, Jameil
12236 Washington Ave
N - 06
Blue Island, IL 60406


Brown, Kavani
12147 S. Vincennes
F - 13
Blue Island, IL 60406


Brown, Lesley
12150 S Vincennes
B2 - 15
Blue Island, IL 60406


Brown, Theresa
12256 S Washington Ave
U - 06
Blue Island, IL 60406


Brown, William
12147 S. Vincennes
F - 07
Blue Island, IL 60406


Brownlow, Christina
12131 S Vincennes
C - 11
Blue Island, IL 60406

Burce, Barry
12105 S. Vincennes
B3 - 05
Blue Island, IL 60406


Burks, Connie
12150 S Vincennes
B2 - 07
Blue Island, IL 60406


Burnett, Gennean
12219 S. Vincennes
J - 11
Blue Island, IL 60406


Burnett, Jenay
12225 S. Vincennes
K - 03
Blue Island, IL 60406


Calumet City Plumbing Co Inc
281 River Oaks Drive PO Box 150
Calumet City, IL 60409



Campbell, Leatrice
12140 S. Vincennes
E - 03
Blue Island, IL 60406


Carmona, Desiree
12230 S. Washington
L - 03
Blue Island, IL 60406


Carter, Denise
12219 S. Vincennes
J - 22
Blue Island, IL 60406


Carvell-Smith, Parlo
12225 S. Vincennes
K - 12
Blue Island, IL 60406

Catchings, Deandrea
12105 S. Vincennes
B3 - 08
Blue Island, IL 60406

Chenier, Christopher
12255 Washington Ave
T - 03
Blue Island, IL 60406

Chicago Metal Works and Painting
5000 W Bloomingdale Ave
Chicago, IL 60639

Chitalima, Elia
12211 S. Vincennes
I - 15
Blue Island, IL 60406

Christmas, Shanaveon
12113 S Vincennes
A - 06
Blue Island, IL 60406

City of Blue Island Water Department
13051 S Greenwood Ave
Blue Island, IL 60406

Clair, Nakeyta
12219 S. Vincennes
J - 09
Blue Island, IL 60406

Clark, Imani
12113 S Vincennes
A - 05
Blue Island, IL 60406

Clark, Sidney
12237 Washington Ave
O - 06
Blue Island, IL 60406

```
Cleveland, Cynthia
12211 S. Vincennes
I - 28
Blue Island, IL 60406


Colbert, Trina
12256 S Washington Ave
U - 02
Blue Island, IL 60406


Coleman, Tyrita
12131 S Vincennes
D - 09
Blue Island, IL 60406


Collins, Lajuan
12147 S. Vincennes
F - 20
Blue Island, IL 60406


COMCAST - Better Housing
PO 70219
Philadelphia, PA 19176-0219


Comcast Cable Communications Management
One Comcast Center 32nd Floor
Philadelphia, PA 19103


COMED
PO BOx 6111
Carol Stream, IL 60197-6111


Consilium Capital Partners LLC
4 Dunbar Road
Palm Beach Gardens, FL 33418


Cooper, Tarra
12121 S Vincennes
B - 03
Blue Island, IL 60406
```

```
Corbett, Daniel
12219 S. Vincennes
J - 28
Blue Island, IL 60406


Covington, Anthony
12159 S. Vincennes
G - 24
Blue Island, IL 60406


Cox, Linda
12121 S Vincennes
B - 04
Blue Island, IL 60406


Cox-Boyd, Brianna
12113 S Vincennes
A - 07
Blue Island, IL 60406


Crumb, Derrick
12131 S Vincennes
D - 07
Blue Island, IL 60406


Crump, Louis
12105 S. Vincennes
B3 - 10
Blue Island, IL 60406


Cunningham, Andre
12211 S. Vincennes
I - 16
Blue Island, IL 60406


Daniels, Crystal
12131 S Vincennes
C - 15
Blue Island, IL 60406


Davenport, Tamara
12150 S Vincennes
B2 - 08
Blue Island, IL 60406
```

```
Davis, Kenneth
12131 S Vincennes
D - 19
Blue Island, IL 60406


Dillard, Arick
12131 S Vincennes
C - 03
Blue Island, IL 60406


Dillon, Felisa
12211 S. Vincennes
I - 26
Blue Island, IL 60406


Dillon, Valerie
12211 S. Vincennes
I - 26
Blue Island, IL 60406


Dixon, Corey
12159 S. Vincennes
G - 21
Blue Island, IL 60406


Dominquez, Jacquelyn
12261 S. Vincennes
X - 01
Blue Island, IL 60406


Dominquez, Jesus
12150 S Vincennes
B2 - 03
Blue Island, IL 60406


Dooley, Rashunda
12255 Washington Ave
T - 02
Blue Island, IL 60406


Doran's Landscape LLC
2219 W 135th Place
Blue Island, IL 60406
```

```
Dougherty, Lisa
12211 S. Vincennes
I - 25
Blue Island, IL 60406


Drake, Sharon
12150 S Vincennes
B2 - 11
Blue Island, IL 60406


Ducan, Myesha
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Dugravot, Anne
12219 S. Vincennes
J - 13
Blue Island, IL 60406


Duncan JR, Arnold
12243 Washington Ave
P - 02
Blue Island, IL 60406


Dunmars, Lythaniel
12121 S Vincennes
B - 16
Blue Island, IL 60406


E&R Towing & Garage, Inc.
16325 South Crawford Avenue
Markham, IL 60428


Easly, Vernon
12230 S. Washington
L - 05
Blue Island, IL 60406


Edwards, Richelle
12236 Washington Ave
N - 06
Blue Island, IL 60406
```

English, Darrell
12243 Washington Ave
P - 01
Blue Island, IL 60406


Everett, Harvey
12244 Washington Ave
Q - 01
Blue Island, IL 60406


Faulks, Kenneth
12121 S Vincennes
B - 12
Blue Island, IL 60406


Felder, Tirrell
12211 S. Vincennes
I - 05
Blue Island, IL 60406


Fellows, Doug
12131 S Vincennes
D - 04
Blue Island, IL 60406


Ferguson, Shawntae
12150 S Vincennes
B2 - 01
Blue Island, IL 60406


Fields, Pamela
12249 Washington Ave
R - 02
Blue Island, IL 60406


Fire Science Techniques Ltd
PO BOX 217
Oak Forest, IL 60452


Fisher, Harold
12105 S. Vincennes
B3 - 01
Blue Island, IL 60406

Fletcher, Ronnie
12225 S. Vincennes
K - 13
Blue Island, IL 60406


Flowers, Carla
12203 S. Vincennes
H - 21
Blue Island, IL 60406


Ford, Justice
12140 S. Vincennes
E - 01
Blue Island, IL 60406


Ford, Shannon
12105 S. Vincennes
B3 - 07
Blue Island, IL 60406


Fouch, Tony
12131 S Vincennes
C - 09
Blue Island, IL 60406


Franklin, Ashley
12237 Washington Ave
O - 05
Blue Island, IL 60406


Franklin, Bobby
12147 S. Vincennes
F - 03
Blue Island, IL 60406


Frisby, Larry
12225 S. Vincennes
K - 01
Blue Island, IL 60406


Gaines, Takarra
12147 S. Vincennes
F - 06
Blue Island, IL 60406

Gallion, Andre
12105 S. Vincennes
B3 - 16
Blue Island, IL 60406


Gamble, Hakeem
12113 S Vincennes
A - 04
Blue Island, IL 60406


Gardner, Andre
12211 S. Vincennes
I - 23
Blue Island, IL 60406


Germaine, Songmo
12219 S. Vincennes
J - 20
Blue Island, IL 60406


Ghouleh, AAYad
2130 122nd Street
COMM - 2
Blue Island, IL 60406


Gillespie, Roy
12250 Washington Ave
S - 01
Blue Island, IL 60406


Gilmore, Vincent
12121 S Vincennes
B - 11
Blue Island, IL 60406


Goldman, Walter
12159 S. Vincennes
G - 02
Blue Island, IL 60406


Gooch, Jacqueline
12140 S. Vincennes
E - 16
Blue Island, IL 60406

Grady Alexander
344 Manistee
Calumet City, IL 60409


Grandberry, Evan
12140 S. Vincennes
E - 11
Blue Island, IL 60406


Grant, Dominique
12260 Washington Ave
W - 05
Blue Island, IL 60406


Gray, Steven
12131 S Vincennes
C - 06
Blue Island, IL 60406


Greater New York Mutual Insurance Compan
200 Madison Avenue
New York, NY 10016


Green, Ricardo
12147 S. Vincennes
F - 10
Blue Island, IL 60406


Greer, Shakeal
12113 S Vincennes
A - 02
Blue Island, IL 60406


Gross, Keturah
12211 S. Vincennes
I - 14
Blue Island, IL 60406


Guy, Cedric
12211 S. Vincennes
I - 19
Blue Island, IL 60406

Hall, Stephany
12236 Washington Ave
N - 05
Blue Island, IL 60406


Hall, Wellington
12225 S. Vincennes
K - 07
Blue Island, IL 60406


Hamilton, Devell
12131 S Vincennes
C - 16
Blue Island, IL 60406


Handytrac Systems
510 Staghorn Court
Alharetta, GA 30004


Harding, Tityanna
12203 S. Vincennes
H - 27
Blue Island, IL 60406


Harris, Anahria
12219 S. Vincennes
J - 10
Blue Island, IL 60406


Harris, Barbara
12105 S. Vincennes
B3 - 02
Blue Island, IL 60406


Harris, Breauna
12261 S. Vincennes
X - 02
Blue Island, IL 60406


Harris, Gloria
12131 S Vincennes
D - 16
Blue Island, IL 60406

```
Harris, Malcolm
12131 S Vincennes
D - 16
Blue Island, IL 60406


Harris, Michael
12105 S. Vincennes
B3 - 04
Blue Island, IL 60406


Harris, Yvette
12219 S. Vincennes
J - 27
Blue Island, IL 60406


Hart, Sade
12259 Washington Ave
V - 03
Blue Island, IL 60406


Hazzard, Precious
12203 S. Vincennes
H - 10
Blue Island, IL 60406


Hazzard, Terrence
12121 S Vincennes
B - 14
Blue Island, IL 60406


HD Supply
National Remit To
PO Box 509058
San Diego, CA 92150


Henderson, Lamont
12203 S. Vincennes
H - 07
Blue Island, IL 60406


Hill, Lawrence
12219 S. Vincennes
J - 24
Blue Island, IL 60406
```

Hilson, Dianna
12121 S Vincennes
B - 01
Blue Island, IL 60406


Hines, Jerrell
12225 S. Vincennes
K - 02
Blue Island, IL 60406


Holmes, Alana
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Holmes, Jermaine
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Home Depot Credit Services
PO Box 9001043
Louisville, KY 40290-1043


Howard, Jordan
12121 S Vincennes
B - 15
Blue Island, IL 60406


Howell, Shirley
12131 S Vincennes
D - 02
Blue Island, IL 60406


Hunt, Rhonda
12260 Washington Ave
W - 02
Blue Island, IL 60406


Hunter, Daniel
12147 S. Vincennes
F - 01
Blue Island, IL 60406

```
Igbinosa, Ikponmwosa
12140 S. Vincennes
E - 12
Blue Island, IL 60406


Imperial Lighting Maintenance Company
4555 N Elston Ave
Chicago, IL 60630



Isom, Eric
12203 S. Vincennes
H - 03
Blue Island, IL 60406


Israel, Naara
12131 S Vincennes
D - 17
Blue Island, IL 60406


Jackson, Charkeya
12231 S Washington
M - 05
Blue Island, IL 60406


Jackson, Curtis
12147 S. Vincennes
F - 11
Blue Island, IL 60406


Jackson, Javon
12260 Washington Ave
W - 03
Blue Island, IL 60406


Jackson, Theodore
12243 Washington Ave
P - 06
Blue Island, IL 60406


Jackson, Thomas
12219 S. Vincennes
J - 01
Blue Island, IL 60406
```

Jada's Cuddly Care
2130 122nd Street
COMM - 1
Blue Island, IL 60406


James, Carisa
12259 Washington Ave
V - 05
Blue Island, IL 60406


James, Davoris
12140 S. Vincennes
E - 07
Blue Island, IL 60406


James, Dia
12244 Washington Ave
Q - 05
Blue Island, IL 60406


James, Latasha
12159 S. Vincennes
G - 03
Blue Island, IL 60406


Jeffers, Brandy
12203 S. Vincennes
H - 22
Blue Island, IL 60406


Johnson JR, Ronald
12237 Washington Ave
O - 03
Blue Island, IL 60406


Johnson Sr, Ronald
12237 Washington Ave
O - 03
Blue Island, IL 60406


Johnson, Dedrick
12243 Washington Ave
P - 06
Blue Island, IL 60406

```
Johnson, Dominique
12211 S. Vincennes
I - 13
Blue Island, IL 60406


Johnson, Mark
12249 Washington Ave
R - 05
Blue Island, IL 60406


Joiner, Antoine
12219 S. Vincennes
J - 08
Blue Island, IL 60406


Jones, Demetrius
12131 S Vincennes
D - 10
Blue Island, IL 60406


Jones, Denell
12219 S. Vincennes
J - 18
Blue Island, IL 60406


Jones, Larry
12121 S Vincennes
B - 06
Blue Island, IL 60406


Jones, Lesia
12225 S. Vincennes
K - 15
Blue Island, IL 60406


Kakpo, Adjoua
12131 S Vincennes
C - 08
Blue Island, IL 60406


Keddington & Christensen, LLC
1455 West 2200 South Suite 201
Salt Lake City, UT 84119
```

Kellum, Lakiji
12260 Washington Ave
W - 01
Blue Island, IL 60406

Kellum, Tabitha S
12260 Washington Ave
W - 06
Blue Island, IL 60406

Kimble, Michelle
12140 S. Vincennes
E - 17
Blue Island, IL 60406

Kimbrough, Edward
12203 S. Vincennes
H - 28
Blue Island, IL 60406

Klyuev, Sergey
12131 S Vincennes
C - 04
Blue Island, IL 60406

Knox, Mechele
12230 S. Washington
L - 02
Blue Island, IL 60406

Larkins, Shienell
12225 S. Vincennes
K - 24
Blue Island, IL 60406

Lewis, Brian
12219 S. Vincennes
J - 19
Blue Island, IL 60406

Lewis, Mikiala
12255 Washington Ave
T - 02
Blue Island, IL 60406

```
Lloyd, Janelle
12159 S. Vincennes
G - 20
Blue Island, IL 60406


Lockeamen, Nina
12147 S. Vincennes
F - 15
Blue Island, IL 60406


Lomax, Kendrick
12203 S. Vincennes
H - 12
Blue Island, IL 60406


Love JR, Michael
12147 S. Vincennes
F - 17
Blue Island, IL 60406


Lowe, Cornell
12147 S. Vincennes
F - 08
Blue Island, IL 60406


Mack, Qiana
12147 S. Vincennes
F - 12
Blue Island, IL 60406


Maier, Richard
12121 S Vincennes
B - 08
Blue Island, IL 60406


Maintenance Supply Headquarters
PO Box 301451
Dallas, TX 75303



Maintenance Supply Headquarters LP
6910 Brasada Dr
Houston, TX 77085
```

```
Marcus, Howard
12159 S. Vincennes
G - 06
Blue Island, IL 60406


Marsellos, William
12225 S. Vincennes
K - 28
Blue Island, IL 60406


Martin, Larry
12203 S. Vincennes
H - 06
Blue Island, IL 60406


Martinez, Gabriel
12113 S Vincennes
A - 08
Blue Island, IL 60406


Mason, Carmelo
12249 Washington Ave
R - 04
Blue Island, IL 60406


Maxey  1, Roy
12203 S. Vincennes
H - 23
Blue Island, IL 60406


Maxwell, Alvin
12219 S. Vincennes
J - 14
Blue Island, IL 60406


McClendon, Scott
12203 S. Vincennes
H - 20
Blue Island, IL 60406


Mccoy, Diamond
12159 S. Vincennes
G - 12
Blue Island, IL 60406
```

```
McDonald, Aaron
12131 S Vincennes
D - 15
Blue Island, IL 60406


McGill, Nicole
12225 S. Vincennes
K - 25
Blue Island, IL 60406


McGinnis, John
12203 S. Vincennes
H - 24
Blue Island, IL 60406


McKenzie, Alfreda
12243 Washington Ave
P - 04
Blue Island, IL 60406


McKinney, Charles
12231 S Washington
M - 01
Blue Island, IL 60406


Mckinney, Teresa
12159 S. Vincennes
G - 09
Blue Island, IL 60406


Mckinney, Teresa
12159 S. Vincennes
G - 12
Blue Island, IL 60406


McKnight, Harvey
12255 Washington Ave
T - 04
Blue Island, IL 60406


McMillan, Rashida
12131 S Vincennes
D - 03
Blue Island, IL 60406
```

```
McNulty, Hilton
12131 S Vincennes
D - 11
Blue Island, IL 60406


Mcnutt, Jasmine
12150 S Vincennes
B2 - 06
Blue Island, IL 60406


McNutt, Jerome
12203 S. Vincennes
H - 09
Blue Island, IL 60406


Miller, Dyvonna
12255 Washington Ave
T - 01
Blue Island, IL 60406


Miller, Rickey
12225 S. Vincennes
K - 09
Blue Island, IL 60406


Miller, Vincent
12113 S Vincennes
A - 10
Blue Island, IL 60406


Mimms, Chloe
12260 Washington Ave
W - 03
Blue Island, IL 60406


Minor, Wanda
12150 S Vincennes
B2 - 14
Blue Island, IL 60406


Mitchell, Devonne
12203 S. Vincennes
H - 15
Blue Island, IL 60406
```

Mitchell, Kashawn
12150 S Vincennes
B2 - 10
Blue Island, IL 60406

Mitchell, Kyle
12211 S. Vincennes
I - 27
Blue Island, IL 60406

Mitchell, Robert
12203 S. Vincennes
H - 15
Blue Island, IL 60406

Moore, Norma
12211 S. Vincennes
I - 09
Blue Island, IL 60406

Moore, Tyanna
12211 S. Vincennes
I - 14
Blue Island, IL 60406

Morehead, Cedric
12225 S. Vincennes
K - 19
Blue Island, IL 60406

Morris Sr, Sean
12147 S. Vincennes
F - 04
Blue Island, IL 60406

Moss, James
12140 S. Vincennes
E - 04
Blue Island, IL 60406

Muhammad, Betty
12219 S. Vincennes
J - 21
Blue Island, IL 60406

```
Murphy, Randy
12231 S Washington
M - 02
Blue Island, IL 60406


Murray, Divory
12211 S. Vincennes
I - 12
Blue Island, IL 60406


Muscarella, Edward
12121 S Vincennes
B - 07
Blue Island, IL 60406


Muyangwa, Naomi
12244 Washington Ave
Q - 03
Blue Island, IL 60406


Nash, Carolyn
12225 S. Vincennes
K - 20
Blue Island, IL 60406


Nash, Ella
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Nash, Fatimah
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Nash-Talton, Ruby
12219 S. Vincennes
J - 15
Blue Island, IL 60406


National Apartment Association
P.O. Box 75219
Baltimore, MD 21275
```

Nelson, Aaron
12244 Washington Ave
Q - 05
Blue Island, IL 60406


Nicholson, kimberly
12121 S Vincennes
B - 15
Blue Island, IL 60406


Nicor Gas
PO BOX 5407
Carol Stream, IL 60197-5407



Nix, Ryan
12131 S Vincennes
C - 02
Blue Island, IL 60406


Nkannebe, John
12250 Washington Ave
S - 06
Blue Island, IL 60406


Nkannebe, Oliver
12250 Washington Ave
S - 04
Blue Island, IL 60406


Norris, Dwight
12140 S. Vincennes
E - 05
Blue Island, IL 60406


Northington, David
12225 S. Vincennes
K - 21
Blue Island, IL 60406


Nowling, Marcus
12259 Washington Ave
V - 04
Blue Island, IL 60406

Oderinlo, Abiola
12236 Washington Ave
N - 01
Blue Island, IL 60406


Oderinlo, Osasogie
12236 Washington Ave
N - 01
Blue Island, IL 60406


Oluwatosin, Ojo
12147 S. Vincennes
F - 18
Blue Island, IL 60406


Omakupe, Praveema
12231 S Washington
M - 01
Blue Island, IL 60406


Orr-Sledge, Alyssa
12113 S Vincennes
A - 12
Blue Island, IL 60406


Owens, Bruce
12131 S Vincennes
C - 12
Blue Island, IL 60406


Palmer, Darryl
12140 S. Vincennes
E - 15
Blue Island, IL 60406


Palmer, Leroy
12219 S. Vincennes
J - 03
Blue Island, IL 60406


Palmer, Maureen
12159 S. Vincennes
G - 04
Blue Island, IL 60406

```
Parker, Kevin
12159 S. Vincennes
G - 16
Blue Island, IL 60406


Parks, Rodney
12203 S. Vincennes
H - 14
Blue Island, IL 60406


Patterson, Lolita
12219 S. Vincennes
J - 25
Blue Island, IL 60406


Patterson, Rashaunda
12219 S. Vincennes
J - 02
Blue Island, IL 60406


Payne, Brian
12230 S. Washington
L - 02
Blue Island, IL 60406


Peace, Akindele
12131 S Vincennes
D - 18
Blue Island, IL 60406


Perkins, Howard
12225 S. Vincennes
K - 04
Blue Island, IL 60406


Perry, Vanessa
12211 S. Vincennes
I - 07
Blue Island, IL 60406


Pickens, Delores
12113 S Vincennes
A - 11
Blue Island, IL 60406
```

Pinkston, Moncheszi
12159 S. Vincennes
G - 18
Blue Island, IL 60406


Platinum Pest Solutions Inc
17821 Chappel Ave
Lansing, IL 60438


Powell, Crystal
12203 S. Vincennes
H - 11
Blue Island, IL 60406


Powell, Hubert
12256 S Washington Ave
U - 05
Blue Island, IL 60406


Price, Devin
12147 S. Vincennes
F - 18
Blue Island, IL 60406


Price, Ebony
12249 Washington Ave
R - 04
Blue Island, IL 60406


Primous, Jhamari
12225 S. Vincennes
K - 22
Blue Island, IL 60406


Prince, Leon
12147 S. Vincennes
F - 16
Blue Island, IL 60406


Quality Alarm Systems Inc
5532 W Cal-Sag Road
Alsip, IL 60803

Quality care
3707 Peach Grove Lane
Hazel crest, IL 60429


Radcliffee, Martease
12211 S. Vincennes
I - 02
Blue Island, IL 60406


Rainer, Temecka
12249 Washington Ave
R - 06
Blue Island, IL 60406


Randle, Lamont
12159 S. Vincennes
G - 05
Blue Island, IL 60406


Raymond James & Associates, Inc.
P.O. Box 23604
St. Petersburg, FL 33742


Readus, Lauren
12255 Washington Ave
T - 06
Blue Island, IL 60406


RealPage, Inc.
PO Box 11407
Birmingham, AL 35246-5575


Redmond, Arielle
12131 S Vincennes
D - 14
Blue Island, IL 60406


Reed, Alijah
12211 S. Vincennes
I - 24
Blue Island, IL 60406

Reed, Patricia
12147 S. Vincennes
F - 17
Blue Island, IL 60406


Reese, Panthea
12105 S. Vincennes
B3 - 14
Blue Island, IL 60406


Reliable Fire and Security
12845 S Cicero Ave
Alsip, IL 60803


Republic Services #721 Better Housing
PO BOX 9001154
Louisville, KY 40290


Republic Services #939
PO BOX 9001099
LOUISVILLE, KY 40290


Rhea, Carolyn
12203 S. Vincennes
H - 25
Blue Island, IL 60406


Richmond, Harold
12105 S. Vincennes
B3 - 11
Blue Island, IL 60406


Richmond, Robert
12211 S. Vincennes
I - 01
Blue Island, IL 60406


Rivers, Virgina
12150 S Vincennes
B2 - 12
Blue Island, IL 60406

Roach, Sirena
12225 S. Vincennes
K - 23
Blue Island, IL 60406


Roberson, Raymond
12147 S. Vincennes
F - 02
Blue Island, IL 60406


Robins, Willie
12140 S. Vincennes
E - 18
Blue Island, IL 60406


Robinson, Lavell
12147 S. Vincennes
F - 09
Blue Island, IL 60406


Robinson, Shayna
12121 S Vincennes
B - 13
Blue Island, IL 60406


Roby, Carlton
12131 S Vincennes
C - 05
Blue Island, IL 60406


Rodgers, Roslyn
12256 S Washington Ave
U - 03
Blue Island, IL 60406


Rogers, Janae
12159 S. Vincennes
G - 17
Blue Island, IL 60406


Roland, Nyiesha
12150 S Vincennes
B2 - 04
Blue Island, IL 60406

Roman, Maribel
12211 S. Vincennes
I - 06
Blue Island, IL 60406


ROSENTHAL BROS., INC.
740 WAUKEGAN ROAD
DEERFIELD, IL 60015-0700


Roulhae, Janessia
12105 S. Vincennes
B3 - 10
Blue Island, IL 60406


Royster, Justin
12230 S. Washington
L - 04
Blue Island, IL 60406


Russell, Michelle
12203 S. Vincennes
H - 17
Blue Island, IL 60406


Salazar-Palacios, Eloy
12131 S Vincennes
D - 01
Blue Island, IL 60406


Sanford Kahn LLP
180 North La Salle St
Suite 2025
Chicago, IL 60601


Sankar, Omar
12225 S. Vincennes
K - 05
Blue Island, IL 60406


Scott, Robin
12131 S Vincennes
D - 20
Blue Island, IL 60406

Seamon, Cleveland
12147 S. Vincennes
F - 05
Blue Island, IL 60406


Seawood, Otis
12159 S. Vincennes
G - 13
Blue Island, IL 60406


Shaw, Sharlene
12237 Washington Ave
O - 04
Blue Island, IL 60406


Shearrill, Vernon
12121 S Vincennes
B - 09
Blue Island, IL 60406


Sherwin Williams (Flooring) National Acc
PO Box 277499
Atlanta, GA 30384-7499


Sherwin Williams (Paint) National Accoun
PO Box 277499
Atlanta, GA 30384-7499


Shipp, Paula
12259 Washington Ave
V - 06
Blue Island, IL 60406


Sims, Meagan
12243 Washington Ave
P - 05
Blue Island, IL 60406


Sims, Tyressa
12231 S Washington
M - 01
Blue Island, IL 60406

```
Slatton, Marquetia
12219 S. Vincennes
J - 04
Blue Island, IL 60406


Smith JR, Aaron
12237 Washington Ave
O - 01
Blue Island, IL 60406


Smith, Aaron
12237 Washington Ave
O - 01
Blue Island, IL 60406


Smith, Bradford
12147 S. Vincennes
F - 19
Blue Island, IL 60406


Smith, Brandon
12203 S. Vincennes
H - 13
Blue Island, IL 60406


Smith, Daphnee
12219 S. Vincennes
J - 13
Blue Island, IL 60406


Smith, Demarkus
12211 S. Vincennes
I - 20
Blue Island, IL 60406


Smith, Emmanuel
12219 S. Vincennes
J - 17
Blue Island, IL 60406


Smith, Evian
12231 S Washington
M - 04
Blue Island, IL 60406
```

```
Smith, Jamelah
12225 S. Vincennes
K - 27
Blue Island, IL 60406


Smith, Lamont
12159 S. Vincennes
G - 19
Blue Island, IL 60406


Smith, Monique
12203 S. Vincennes
H - 04
Blue Island, IL 60406


Smith, Shakenya
12236 Washington Ave
N - 03
Blue Island, IL 60406


Smith, Tarray
12225 S. Vincennes
K - 11
Blue Island, IL 60406


SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601


Smithereen Pest Management
4700 N Melvina Ave
Niles, IL 60714


Sneed, Marcellus
12121 S Vincennes
B - 05
Blue Island, IL 60406


Spicer, Brianka
12121 S Vincennes
B - 02
Blue Island, IL 60406
```

Starkley, Charmin
12219 S. Vincennes
J - 26
Blue Island, IL 60406


Sterling, Chantel
12147 S. Vincennes
F - 14
Blue Island, IL 60406


Stevenson, Courtney
12203 S. Vincennes
H - 18
Blue Island, IL 60406


Stevenson, Darrell
12150 S Vincennes
B2 - 09
Blue Island, IL 60406


Stewart, Makita
12131 S Vincennes
D - 06
Blue Island, IL 60406


Stewart, Marvin
12230 S. Washington
L - 01
Blue Island, IL 60406


Storey, Charlene
12131 S Vincennes
D - 05
Blue Island, IL 60406


Strong, Brenda
12256 S Washington Ave
U - 04
Blue Island, IL 60406


Strong, David
12256 S Washington Ave
U - 04
Blue Island, IL 60406

```
Sturdivant, Courtney
12225 S. Vincennes
K - 26
Blue Island, IL 60406


Sykes, Leroy
12105 S. Vincennes
B3 - 03
Blue Island, IL 60406


Talbert, Imani
12249 Washington Ave
R - 01
Blue Island, IL 60406


Talbert, Ivan
12249 Washington Ave
R - 01
Blue Island, IL 60406


Talbert, Iyanna
12249 Washington Ave
R - 01
Blue Island, IL 60406


Talbert, Monique
12249 Washington Ave
R - 01
Blue Island, IL 60406


Tarver, Angela
12131 S Vincennes
C - 12
Blue Island, IL 60406


Tate, Brian
12140 S. Vincennes
E - 14
Blue Island, IL 60406


Taylor Campbell, Priscilla
12121 S Vincennes
B - 10
Blue Island, IL 60406
```

```
Taylor, Kevin
12159 S. Vincennes
G - 11
Blue Island, IL 60406


Taylor, Kevina
12121 S Vincennes
B - 10
Blue Island, IL 60406


Terry, Jacob
12147 S. Vincennes
F - 17
Blue Island, IL 60406


Thomas, Ashley
12249 Washington Ave
R - 03
Blue Island, IL 60406


Thomas, Christopher
12225 S. Vincennes
K - 26
Blue Island, IL 60406


Thomas, Kathryn
12237 Washington Ave
O - 02
Blue Island, IL 60406


Thomas, Sondra
12225 S. Vincennes
K - 18
Blue Island, IL 60406


Thompson, Camilla
12203 S. Vincennes
H - 16
Blue Island, IL 60406


Thurman, Stefan
12225 S. Vincennes
K - 14
Blue Island, IL 60406
```

```
Tibbs, Raymond
12243 Washington Ave
P - 03
Blue Island, IL 60406


Travis, Brandi
12225 S. Vincennes
K - 06
Blue Island, IL 60406


Travis, Cyrelle
12225 S. Vincennes
K - 16
Blue Island, IL 60406


Travis, Terry
12150 S Vincennes
B2 - 02
Blue Island, IL 60406


Trojan Plumbing Company Inc
3828 W 128th Pl
Alsip, IL 60803



Tsaruk, Bogdan
12140 S. Vincennes
E - 06
Blue Island, IL 60406


Turner, Derek
12261 S. Vincennes
X - 01
Blue Island, IL 60406


UBEO LLC
PO BOX 791070
San Antonio, TX 78279



UMB Bank, N.A., as Successor Trustee
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807
```

```
Vaughns, Gladys
12260 Washington Ave
W - 04
Blue Island, IL 60406


velez, Charlene
12150 S Vincennes
B2 - 05
Blue Island, IL 60406


Walker, Andrae
12211 S. Vincennes
I - 03
Blue Island, IL 60406


Walker, Fantasia
12211 S. Vincennes
I - 18
Blue Island, IL 60406


Warren, Danielle
12131 S Vincennes
D - 12
Blue Island, IL 60406


Washington, June
12140 S. Vincennes
E - 02
Blue Island, IL 60406


Watkins, Linda
12211 S. Vincennes
I - 17
Blue Island, IL 60406


Watts, Joey
12113 S Vincennes
A - 09
Blue Island, IL 60406


Weatherspoon, Phillip
12131 S Vincennes
D - 18
Blue Island, IL 60406
```

```
Weatherspoon, Rodney
12211 S. Vincennes
I - 10
Blue Island, IL 60406


Wells, Ryan
12256 S Washington Ave
U - 03
Blue Island, IL 60406


Weston, Rose
12131 S Vincennes
C - 07
Blue Island, IL 60406


white, april
12250 Washington Ave
S - 02
Blue Island, IL 60406


White, Bernard
12250 Washington Ave
S - 02
Blue Island, IL 60406


Whitehead, Devon
12219 S. Vincennes
J - 12
Blue Island, IL 60406


Wiley, James
12105 S. Vincennes
B3 - 15
Blue Island, IL 60406


William-Fryar, Norma
12244 Washington Ave
Q - 02
Blue Island, IL 60406


Williams, Christina
12140 S. Vincennes
E - 09
Blue Island, IL 60406
```

Williams, Dannye
12230 S. Washington
L - 03
Blue Island, IL 60406


Williams, Herbert
12131 S Vincennes
D - 13
Blue Island, IL 60406


Williams, Jadda
12113 S Vincennes
A - 01
Blue Island, IL 60406


Williams, Kearve
12105 S. Vincennes
B3 - 06
Blue Island, IL 60406


Williams, Marlon
12131 S Vincennes
C - 01
Blue Island, IL 60406


Williamson, Larry
12105 S. Vincennes
B3 - 09
Blue Island, IL 60406


willis, cora
12225 S. Vincennes
K - 07
Blue Island, IL 60406


Wilson, Crystal
12105 S. Vincennes
B3 - 13
Blue Island, IL 60406


wilson, Gwendolyn
12230 S. Washington
L - 04
Blue Island, IL 60406

Wilson, Willie
12131 S Vincennes
C - 14
Blue Island, IL 60406


Wims, Tanya
12236 Washington Ave
N - 04
Blue Island, IL 60406


Winters, Dominique
12259 Washington Ave
V - 01
Blue Island, IL 60406


Wise, Tatyana
12203 S. Vincennes
H - 19
Blue Island, IL 60406


Woods, Kenitra
12131 S Vincennes
D - 08
Blue Island, IL 60406


Woods, Taliyah
12230 S. Washington
L - 06
Blue Island, IL 60406


Woods, Tiffany
12230 S. Washington
L - 06
Blue Island, IL 60406


Wren, Darryl
12259 Washington Ave
V - 02
Blue Island, IL 60406


Yancey, Dashanna
12140 S. Vincennes
E - 10
Blue Island, IL 60406

12/15/2020 02:07:06pm

```
Yarbrough, Steven
12219 S. Vincennes
J - 16
Blue Island, IL 60406


Young, Brandon
12150 S Vincennes
B2 - 01
Blue Island, IL 60406


Young, Candiss
12255 Washington Ave
T - 05
Blue Island, IL 60406


Young, Jhanee
12203 S. Vincennes
H - 26
Blue Island, IL 60406


Young, Maurice
12159 S. Vincennes
G - 14
Blue Island, IL 60406


Zomo, Jaizinho Bouba
12219 S. Vincennes
J - 20
Blue Island, IL 60406
```